◥JS 45 (5/97) - (Revised U.S.D.C. MA 9/20/2023)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:** _____   **Category No.** II   **Investigating Agency** FBI

**City** Boston

**County** Suffolk

**Related Case Information:**
Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number   See Attached
R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number  See Attached   ☑ Yes ☐ No

**Defendant Name**   CLS GLOBAL FZC LLC   Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name:** _____

**Address:** United Arab Emirates

**Birth date (Yr only):** _____   **SSN (last 4#):** _____   **Sex:** _____   **Race** _____   **Nationality:** _____

**Defense Counsel if known:** _____   **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information**

**AUSA:** Christopher J. Markham; David M. Holcomb   **Bar Number if applicable:** 685591; 694712

**Interpreter:** ☐ Yes ☑ No   **List language and/or dialect:** _____

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☐ Warrant Requested   ☑ Regular Process   ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☑ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☑  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 9/19/2024   **Signature of AUSA:**   /s/ David M. Holcomb

Case 1:24-cr-10293-AK   Document 1-1   Filed 09/19/24   Page 2 of 6

JS 45 (5/97) (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   CLS GLOBAL FZC LLC

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy to Commit Market Manipulation and Wire Fraud | 1 |
| Set 2 | 18 U.S.C. § 1343 | Wire Fraud | 2 |
| Set 3 | 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461 | Forfeiture Allegation | --- |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

[blank box]

USAMA CRIM - Criminal Case Cover Sheet.pdf  3/4/2013

**Related Cases**

- 23-cr-10135-AK  (Max Hernandez)
- 23-cr-10325-AK (Michael Thompson)
- 24-cr-10014-AK (Russell Armand)
- 24-cr-10137-AK (Vy Pham)
- 24-cr-10187-AK (ZM Quant, et al)
- 24-cr-10188-AK (Bradley Beatty)
- 24-cr-10189-AK (Manpreet Kohli, et al)
- 24-cr-10190-AK (Gotbit Consulting, et al)

**Search Warrants**

- 23-mj-6501-MPK
- 23-mj-6502-MPK
- 23-mj-6503-MPK
- 23-mj-6504-MPK
- 23-mj-5553-JGD
- 23-mj-6601-MPK
- 23-mj-6602-MPK
- 23-mj-6603-MPK
- 23-mj-6604-MPK
- 23-mj-6605-MPK
- 23-mj-6606-MPK
- 24-mj-6194-MPK
- 24-mj-6195-MPK
- 24-mj-1363 (CDCA)
- 24-mj-4086-DHH
- 24-mj-4087-DHH
- 24-mj-6654-MPK

⬧JS 45 (5/97) - (Revised U.S.D.C. MA 9/20/2023)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:** _____   **Category No.** II   **Investigating Agency** FBI

**City** Boston

**County** Suffolk

**Related Case Information:**
Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number  See Attached
R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number  See Attached     ☑ Yes   ☐ No

Defendant Name: Andrey Zhorzhes     Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes  ☑ No

Alias Name: "Andrey Z"

Address: United Arab Emirates

Birth date (Yr only): _____   SSN (last 4#): _____   Sex: M   Race: _____   Nationality: _____

**Defense Counsel if known:** _____   Address: _____

**Bar Number:** _____

**U.S. Attorney Information**

AUSA: Christopher J. Markham; David M. Holcomb     Bar Number if applicable: 685591; 694712

**Interpreter:** ☐ Yes  ☑ No     List language and/or dialect: _____

**Victims:** ☑ Yes  ☐ No     If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☑ Yes  ☐ No

**Matter to be SEALED:** ☑ Yes  ☐ No

☑ Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:** Lives in United Arab Emirates

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____     ☐ Serving Sentence     ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**  ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**  ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 9/19/2024     Signature of AUSA: /s/ David M. Holcomb

JS 45 (5/97) (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Andrey Zhorzhes

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy to Commit Market Manipulation and Wire Fraud | 1 |
| Set 2 | 18 U.S.C. § 1343 | Wire Fraud | 2 |
| Set 3 | 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461 | Forfeiture Allegation | --- |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

## Related Cases

- 23-cr-10135-AK  (Max Hernandez)
- 23-cr-10325-AK (Michael Thompson)
- 24-cr-10014-AK (Russell Armand)
- 24-cr-10137-AK (Vy Pham)
- 24-cr-10187-AK (ZM Quant, et al)
- 24-cr-10188-AK (Bradley Beatty)
- 24-cr-10189-AK (Manpreet Kohli, et al)
- 24-cr-10190-AK (Gotbit Consulting, et al)

## Search Warrants

- 23-mj-6501-MPK
- 23-mj-6502-MPK
- 23-mj-6503-MPK
- 23-mj-6504-MPK
- 23-mj-5553-JGD
- 23-mj-6601-MPK
- 23-mj-6602-MPK
- 23-mj-6603-MPK
- 23-mj-6604-MPK
- 23-mj-6605-MPK
- 23-mj-6606-MPK
- 24-mj-6194-MPK
- 24-mj-6195-MPK
- 24-mj-1363 (CDCA)
- 24-mj-4086-DHH
- 24-mj-4087-DHH
- 24-mj-6654-MPK