UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>(1) CLS GLOBAL FZC LLC, )<br>)<br>Defendant ) | Criminal No. 24-cr-10293-AK |

MOTION FOR A RULE 11 HEARING

The government hereby respectfully moves the Court to schedule a plea hearing under Fed. R. Crim. P. 11. As grounds for this motion, the government states that defendant CLS Global FZC LLC and the government have entered into a plea agreement pursuant to Fed. R. Crim. P. 11(c)(1)(C) (Dkt. 10), under which CLS Global has agreed to plead guilty to the two-count Indictment no later than February 20, 2025.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: */s/ David M. Holcomb*
DAVID M. HOLCOMB
CHRISTOPHER J. MARKHAM
Assistant U.S. Attorneys

Date: January 21, 2025