IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | Criminal No. 24-10293 |
| v. : | |
| CLS GLOBAL FZC LLC et al. : | |

### [PROPOSED] ORDER GRANTING ADMISSION OF ATTORNEY PRO HAC VICE

**THIS MATTER** having come before the Court on the application of Robert Fisher, attorney for CLS Global FZC LLC, seeking an Order admitting Alexander Urban of the law firm Blanche Law PLLC, *pro hac vice*, and the Court having considered this matter, and good cause having been shown; **IT IS HEREBY**

**ORDERED** that Alexander Urban is admitted *pro hac vice* to appear in the above-captioned matter for all purposes on behalf of CLS Global FZC LLC; it is further

**ORDERED** that all pleadings, briefs, and other papers filed with the Court on behalf of CLS Global FZC LLC shall be sent to Robert Fisher, who is a member in good standing of this Court, who shall be responsible for said papers, and who will be held responsible for the conduct of Alexander Urban; it is further

**ORDERED** that Alexander Urban shall send $125.00 to the Clerk of the United States District Court for the District of Massachusetts for admission *pro hac vice* in accordance with the Court's Fee Schedule; and it is further

**ORDERED** that Alexander Urban is required to abide by the rules governing this Court, including all disciplinary rules, and to notify the Court immediately of any matter affecting his standing at the bar of any other court.

Dated: January __, 2025

                                                              _____

                                                              Hon. Angel Kelley
                                                              United States District Judge