AO 458 (Rev. 10/95 - Rev. D. MA 2/07)   Appearance - Criminal

# UNITED STATES DISTRICT COURT

### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>CLS Global FZC LLC et al. | **APPEARANCE**<br><br>Case Number: 1:24-cr-10293-AK |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant: CLS Global FZC LLC

(pro hac vice)

I certify that I am admitted to practice in this court.

Attorney Designation in Criminal Cases:
- [ ] CJA Appointment
- [ ] Federal Public Defender
- [✓] Retained
- [ ] Pro Bono

| 2/4/2025 | alexander urban | Digitally signed by alexander urban<br>Date: 2025.02.04 14:27:15 -05'00' |
|---|---|---|
| Date | Signature | |
| | Alexander Urban | 5891395(NY) |
| | Print Name | Bar Number |
| | 99 Wall Street Suite 4460 | |
| | Address | |
| | New York        NY | 10005 |
| | City        State | Zip Code |
| | (212) 716-1250 | |
| | Phone Number | Fax Number |