<pre>
 1                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF MASSACHUSETTS
 2

 3                                    )
 4   UNITED STATES OF AMERICA,        )
                                      )
 5            Plaintiff,              )
                                      )   Criminal Action
 6   v.                               )   No. 1:24-cr-10293-AK-1
                                      )   Pages 1 to 20
 7   CLS GLOBAL FZC LLC,              )
                                      )
 8            Defendant.              )
                                      )
 9

10

11            BEFORE THE HONORABLE ANGEL KELLEY
                 UNITED STATES DISTRICT JUDGE
12

13         INITIAL APPEARANCE and RULE 11 HEARING

14

15                 February 7, 2025
                      11:06 a.m.
16

17         John J. Moakley United States Courthouse
                    Courtroom No. 8
18                 One Courthouse Way
              Boston, Massachusetts 02210
19

20

21

22              Linda Walsh, RPR, CRR
                 Official Court Reporter
23      John J. Moakley United States Courthouse
                   One Courthouse Way
24            Boston, Massachusetts 02210
                 lwalshsteno@gmail.com
25
</pre>

1    APPEARANCES:

2    On Behalf of the Government:

3         UNITED STATES ATTORNEY'S OFFICE
          By: AUSA David M. Holcomb
4         1 Courthouse Way, Suite 9200
          Boston, Massachusetts 02210
5         617-756-9043
          david.holcomb@usdoj.gov

6

7    On Behalf of the Defendant:

8         BLANCHE LAW
          By: Lex Urban, Esq.
9         99 Wall Street, Suite 4460
          New York, New York 10005
10        860-287-2145
          lex.urban@blanchelaw.com

11

          NIXON PEABODY LLP
12        By: Robert A. Fisher, Esq.
          53 State Street
13        Boston, Massachusetts 02109
          617-345-1000
14        rfisher@nixonpeabody.com

15   ALSO PRESENT:  Andrea Edgar, Probation

16

17

18

19

20

21

22              Proceedings reported and produced
                 by computer-aided stenography.
23

24

25

P R O C E E D I N G S

THE CLERK:  All rise.

THE COURT:  You can remain seated.

Just give me a second.

Okay.  You can go ahead and call the case.

THE CLERK:  Thank you, Your Honor.

The United States District Court for the District of Massachusetts is now in session, the Honorable Angel Kelley presiding.  Today is February 7th, 2025.  Criminal Action 24-10293.  The United States versus CLS Global FZC LLC will now be heard before this Court.

THE COURT:  All right.  Good morning, everyone.

Would you please state your appearances for the record, and let's start with the government.

MR. HOLCOMB:  Good morning, Your Honor.  David Holcomb for the United States.

THE COURT:  Thank you.

MR. URBAN:  Good morning, Your Honor.  Lex Urban for the defendant, CLS Global.

MR. FISHER:  Good morning, Your Honor.  Rob Fisher, also for CLS Global.

THE COURT:  Anyone else here on behalf of the defendants that should be acknowledged?

MR. URBAN:  No, Your Honor.  I'll be appearing on behalf of the company.  They've authorized me to accept the

1    plea.

2              THE COURT:  Thank you.

3              And Probation, please?

4              U.S. PROBATION:  Good morning, Your Honor.  Andrea

11:07  5    Edgar on behalf of Probation.

6              THE COURT:  Thank you.  I have a question.  So we're

7    here on the indictment, but it identifies two defendants, CLS

8    Global FZC LLC and Andrey Zhorzhes.

9              MR. HOLCOMB:  That's correct, Your Honor.

11:08 10              THE COURT:  Okay.  And so what is the plan?  My

11    understanding is that the LLC wishes to change its plea, but

12    what about the individual?

13              MR. HOLCOMB:  That's correct, Your Honor.

14              And there is no proposed resolution involving the

11:08 15    individual defendant at this time.  He is not in the United

16    States.  He has not been arraigned on the indictment.

17              THE COURT:  All right.  So the plan is for the LLC to

18    change its plea pursuant to a binding plea agreement under Rule

19    11(c)(1)(C); is that accurate, Counsel?

11:08 20              MR. HOLCOMB:  Yes, Your Honor.

21              MR. URBAN:  Yes, Your Honor.

22              THE COURT:  All right.  And I understand that CLS

23    Global -- I'm going to just refer to it that way to

24    abbreviate -- is a corporation that can be held criminally

11:09 25    responsible, just like an individual, although obviously a

1    corporation cannot be imprisoned.  A corporation can only act

2    through human agents, and I understand that, Attorney Urban,

3    you are here on behalf of the LLC for the purposes of a change

4    of plea.  And you have the authority of the CEO and founder; is

11:09  5    that correct?

6        MR. URBAN:  That's correct, Your Honor.

7        THE COURT:  All right.  Thank you.  And you intend to

8    participate in this plea colloquy and offer a change of plea,

9    right?

11:09 10        MR. URBAN:  I do, that's correct.

11        THE COURT:  And would you please identify who in

12    particular the cofounder is and CEO by name.

13        MR. URBAN:  Yes.  The CEO is -- I want to make sure I

14    get the --

11:10 15        THE COURT:  You can just stand up naturally.  The

16    microphone, I think, will be sufficient.

17        MR. URBAN:  Sure.  The CEO is Filipp Veselov, who also

18    signed the plea agreement with myself.

19        And the founders are Artem Khachatryan and Ullubiy

11:10 20    Bakuev.

21        THE COURT:  Thank you.  And I do see on page 8 of the

22    plea agreement the first name that you identify, Filipp

23    Veselov.

24        Mr. Lara, can you assist?

11:10 25        THE CLERK:  Yes.  Mr. Urban, would you please stand

         1   and raise your right hand.

         2              (Attorney Urban sworn as the corporate representative

         3              to accept the plea on behalf of CLS Global FZC LLC.)

         4              MR. URBAN:  I do.

11:11    5              THE CLERK:  Thank you.  You may be seated.

         6              THE COURT:  Do you understand that you are now under

         7   oath and that if you answer any of my questions falsely, your

         8   answers may later be used against you in another prosecution

         9   for perjury or making a false statement?

11:11   10              MR. URBAN:  I do, Your Honor.

        11              THE COURT:  And you can just remain seated for this

        12   portion.  State your full name for the record.

        13              MR. URBAN:  Alexander Urban.

        14              THE COURT:  How old are you, sir?

11:11   15              MR. URBAN:  42 years old.

        16              THE COURT:  Highest level of education?

        17              MR. URBAN:  Law school.

        18              THE COURT:  And your title?

        19              MR. URBAN:  I'm a partner at Blanche Law.

11:11   20              THE COURT:  And have you been authorized by CLS Global

        21   and the cofounders and CEO to waive a trial in this matter and

        22   enter a plea of guilty?

        23              MR. URBAN:  I have, Your Honor, yes.

        24              THE COURT:  And do you understand that the corporation

11:11   25   has entered into a plea agreement with the United States

1    Attorney's Office?

2            MR. URBAN:  I do, Your Honor.

3            THE COURT:  Did you sign the agreement on behalf of

4    the corporation -- well, I see an acknowledgment by counsel

11:12  5    listed there on page 8.

6            MR. URBAN:  Yes.  I signed it acknowledging that I

7    explained the terms and that my client, to my knowledge,

8    understood the terms.

9            THE COURT:  Okay.  I'm going to turn to the

11:12 10    government.  Would you please summarize the basic terms of the

11    plea agreement.

12            MR. HOLCOMB:  Yes, Your Honor.

13            THE COURT:  And you have it before you, I assume,

14    Attorney Urban?

11:12 15            MR. URBAN:  I do, Your Honor.  Thank you.

16            THE COURT:  All right.

17            MR. HOLCOMB:  The plea agreement is dated January 8th,

18    2025, and filed with the Court at docket number 10.

19            The agreement is pursuant to Federal Rule of Criminal

11:12 20    Procedure 11(c)(1)(C) under which the agreed-upon sentencing

21    recommendation is binding on the Court if the Court accepts the

22    plea agreement.  Under the agreement CLS Global agrees to plead

23    guilty to the two counts in the indictment charging conspiracy

24    in violation of Title 18 United States Code Section 371 and

11:13 25    wire fraud in violation of Title 18 United States Code Section

1343 as well as to waive certain defenses, including venue,

statute of limitations, and any legal or procedural defects.

Section 4 of the agreement sets out the parties'

proposed calculation of the sentencing guidelines under the

11:13  provisions applicable to organizational defendants.  This

includes an offense level calculated under section -- Guideline

Section 2B1.1, a culpability score calculated under Section

8C2.5, and a term of a probation under 8D1.2.

Section 5 contains the parties' agreed-upon

11:13  disposition.  The parties agree to a sentence that includes a

fine of $428,059.63 which would be offset by amounts recovered

through forfeiture and amounts paid to the Securities and

Exchange Commission in the resolution of its parallel case,

forfeiture, three years of probation, and the mandatory special

11:14  assessment of $800.

Section 6 outlines the defendant's waiver of appellate

rights.  The defendant recognizes that it has certain appellate

rights and agrees to voluntarily waive those rights except in

the case of serious government misconduct or ineffective

11:14  assistance of counsel.

Section 7 identifies two specific cryptocurrency

accounts that the defendant has agreed are subject to

forfeiture, and that section also provides that the defendant

agrees to fully assist in the forfeiture of those assets.

11:14  Section 8, along with Exhibit A to the plea agreement,

set forth the agreed-upon conditions of probation.  These

conditions overlap with the proposed consent judgment that has

been filed in the parallel Securities and Exchange Commission

case, and these generally prohibit CLS Global from servicing

U.S.-based clients or cryptocurrencies that are available to

investors located in the U.S. during the three-year term of

probation.

The agreed-upon terms also would require CLS Global to

implement certain policies and procedures and to provide annual

certifications of its compliance with the conditions to the

SEC.

Finally, Your Honor, Exhibit B to the plea agreement

contains an agreed-upon statement of facts and relevant

considerations.

THE COURT:  Thank you.

Attorney Urban, do you understand that that was only a

summary of the plea agreement and that the written plea

agreement contains all of the terms to which the corporation

has agreed?

MR. URBAN:  I do, Your Honor.

THE COURT:  And do you understand that this is the

only agreement that the corporation has with the United States

Government?

MR. URBAN:  I do.

THE COURT:  Feel free to pull that microphone closer

1  to you so you're not tempted to stand each time.

2      MR. URBAN:  Thank you.

3      THE COURT:  Has anyone made any other promise or

4  assurance of any kind in an effort to get the corporation to

11:16  5  plead guilty?

6      MR. URBAN:  No, Your Honor.

7      THE COURT:  Do you understand that if I decide to

8  reject the terms of the plea agreement, you will have an

9  opportunity to withdraw the corporation's plea of guilty?

11:16  10      MR. URBAN:  I do, Your Honor.

11      THE COURT:  Has anyone attempted in any way to force

12  the corporation to plead guilty or have made a threat of any

13  kind?

14      MR. URBAN:  No, Your Honor.

11:16  15      THE COURT:  Is the corporation pleading guilty because

16  it is in fact guilty?

17      MR. URBAN:  It is, Your Honor.

18      THE COURT:  Do you understand that the crime for which

19  the corporation is pleading guilty is a felony?

11:16  20      MR. URBAN:  I do.

21      THE COURT:  And do you understand that if I accept the

22  plea, the corporation will be judged guilty of that crime?

23      MR. URBAN:  Yes, Your Honor.

24      THE COURT:  AUSA Holcomb, could you please state the

11:16  25  maximum penalty.

MR. HOLCOMB:  Your Honor, for an organizational defendant, the maximum penalties for each of Count 1, conspiracy to commit market manipulation and to commit wire fraud, and Count 2, wire fraud, are a fine of $500,000 or twice the pecuniary gain or loss from the offense, whichever is greater; a term of probation of not more than five years; a mandatory special assessment of $400; restitution; and forfeiture.

THE COURT:  Thank you.  Attorney Urban, do you understand that I'll have the power to impose a fine up to $500,000 or twice the pecuniary gain or loss from the offense?

MR. URBAN:  Yes, Your Honor.

THE COURT:  And do you understand that I'll have the power to impose a term of probation for not more than five years?

MR. URBAN:  Yes, Your Honor.

THE COURT:  And do you understand that I may order the corporation to pay restitution to any victim of the offense, and in other words, I may order to pay money to any victim to compensate them for any harm it caused?

MR. URBAN:  I do, Your Honor.

THE COURT:  Do you understand that in addition to everything else, the corporation will be required to pay a $400 special assessment for each offense?

MR. URBAN:  Yes, Your Honor.

1            THE COURT:  And do you understand all the possible

2      consequences of pleading guilty?

3            MR. URBAN:  Yes, Your Honor.

4            THE COURT:  I want to talk to you about the United

11:18 5      States Sentencing Guidelines and how they might affect the

6      sentence.

7            The sentencing guidelines have been issued by the

8      United States Sentencing Commission for judges to follow when

9      determining the sentence in a criminal case.  They're not

11:18 10     mandatory.  That means I do not have to follow them.

11     Nonetheless, they are important.

12            Do you understand that although I am not required to

13     follow the sentencing guidelines, I am required to consider the

14     guideline sentence before I impose this sentence?

11:18 15           MR. URBAN:  I understand, Your Honor.

16            THE COURT:  And do you understand that under the

17     guideline system, under some circumstances courts have the

18     authority to depart from the guideline sentence and to impose a

19     sentence that is either higher or lower than what the

11:19 20     guidelines call for?

21            MR. URBAN:  Yes, Your Honor.

22            THE COURT:  And do you understand that by law I'm also

23     required to consider a number of different sentencing factors,

24     including such things as the nature and circumstances of the

11:19 25     crime, the history and characteristics of the defendant, and

1    the need for the sentence to reflect the seriousness of the

2    offense, promote respect for the law, provide just punishment,

3    provide adequate deterrence, and protect the public?

4            MR. URBAN:  I understand, Your Honor.

11:19  5            THE COURT:  Do you understand that any victim of the

6    crime that has a right to participate in the proceeding may

7    either do so in writing or in person?

8            MR. URBAN:  Yes, Your Honor.

9            THE COURT:  Do you understand that the corporation or

11:19 10    the government or both may have the right to appeal any

11    sentence that I impose?

12            MR. URBAN:  Yes, Your Honor.

13            THE COURT:  And do you understand that the appellate

14    rights are laid out in the plea agreement on page -- starting

11:20 15    on page 3 and continuing on to page 4 under Section 6?

16            MR. URBAN:  Yes, Your Honor.

17            THE COURT:  Please listen to the prosecutor because

18    he's going to now state the elements of the offense of which

19    the defendant will be pleading guilty.

11:20 20            MR. HOLCOMB:  The elements of conspiracy in violation

21    of 18 U.S.C. 371 are, first, the agreement specified in the

22    indictment existed between at least two people to commit market

23    manipulation and to commit wire fraud.

24            Second, that the defendant willfully joined in that

11:20 25    agreement.

1          And third, that one of the conspirators committed an

2    overt act during the period of conspiracy in an effort to

3    further the purpose of the conspiracy.

4          The elements of market manipulation, Your Honor, which

11:21  5    is one of the objectives of the conspiracy, are, first, that

6    the defendant conspired to engage in a series of transactions

7    in a security; second, which have the effect of raising or

8    depressing price or creating actual or apparent volume, which

9    is sometimes referred to as manipulative effect; and third,

11:21 10   that this was done for the purpose of inducing others to buy or

11   sell the security, which is sometimes referred to as the

12   manipulative purpose.

13          And the elements of wire fraud in violation of 18

14   U.S.C. 1343 are, first, that the defendant executed a scheme to

11:21 15   defraud; second, that the scheme involved a false statement,

16   assertion, half truth, or a knowing concealment of a material

17   fact; third, that the defendant knowingly and willfully

18   participated in the scheme; and fourth, that the defendant

19   caused an interstate wire to be used in furtherance of the

11:21 20   scheme.

21          THE COURT:  Thank you.

22          Attorney Urban, do you understand what the government

23   would have to prove beyond a reasonable doubt in order for the

24   corporation to be found guilty at trial for these charges?

11:22 25          MR. URBAN:  I do, Your Honor.

1          THE COURT:  AUSA Holcomb, could you please assist with

2     a factual basis?

3          MR. HOLCOMB:  Yes, Your Honor.

4          Exhibit B more fully sets forth the parties'

11:22  5     agreed-upon statement of facts, but I'll give a summary of

6     those facts today, if it's helpful for the Court.

7          Were the case to proceed to trial, the government

8     would prove the following:

9          CLS Global was a company registered in the United Arab

11:22 10     Emirates.  On its website it advertised market making and other

11     services that it provided as well as cryptocurrency exchange

12     partners and clients.

13          CLS Global had more than 50 employees, all of whom

14     were located outside of the U.S.

11:22 15          In June of 2024, one of CLS Global's co-defendant in

16     this case, Andrey Zhorzhes, a senior business development

17     manager living in the United Arab Emirates began communicating

18     with purported promoters of a cryptocurrency token called

19     NexFundAI.  The NexFundAI token was created as part of an

11:23 20     undercover operation by the Federal Bureau of Investigation.

21          Over text messages and video conferences, Zhorzhes

22     made various statements to the NexFundAI promoters about CLS

23     Global's business and its services it could provide, including

24     how CLS Global could generate trading volume on multiple

11:23 25     cryptocurrency exchanges using an algorithm that conducted what

1    Zhorzhes called self-trades.  He explained, quote, "We do that

2    for multiple wallets so it's not visible.  It looks like

3    organic buying and selling is happening, so it does not look

4    like an algorithm is trading."  He explained that the goal was

11:23 5    to create trading volumes so the token's trading looked live

6    and organic so that people would get interested in trading it.

7    He acknowledged that this was accomplished through wash

8    trading.

9          He sent the NexFundAI promoters a market-making

11:24 10   proposal that explained how they could track CLS

11   Global-generated volume and other external volume.  He also

12   sent them an executed license agreement to provide

13   market-making services for NexFundAI, which included the use of

14   CLS Global's trading algorithm, which identified the

11:24 15   cryptocurrency wallets that CLS Global used to accept client

16   payments.

17         Between August and September of 2024, CLS Global

18   bought and sold the NexFundAI token on the Uniswap

19   cryptocurrency exchange using multiple trading wallets.  During

11:24 20   this time, Zhorzhes and several other CLS Global employees

21   updated the NexFundAI promoters on CLS Global's volume

22   generation for the NexFundAI token over telegram messages.

23         CLS Global continued to use its trading wallets to buy

24   and sell the NexFundAI token on Uniswap until the trading

11:25 25   function of the NexFundAI token was disabled at the direction

1  of law enforcement.

2  THE COURT:  Attorney Urban, did you hear and

3  understand everything the prosecutor said?

4  MR. URBAN:  I did, Your Honor.

11:25  5  THE COURT:  Do you disagree with anything in the

6  government's description of the facts?

7  MR. URBAN:  No, Your Honor.

8  THE COURT:  And at this time, having been advised of

9  your rights, do you still wish to change the plea to guilty?

11:25  10  MR. URBAN:  I do, Your Honor.

11  THE COURT:  Okay.  Mr. Lara, if you would assist.

12  THE CLERK:  Yes, Your Honor.

13  Sir, the United States Attorney for the District of

14  Massachusetts has charged the entity defendant in a two-count

11:25  15  indictment.  At this stage do you wish to enter a plea of

16  guilty?

17  MR. URBAN:  Yes.

18  THE CLERK:  As to Count 1 of the indictment charging

19  the defendant with conspiracy to commit market manipulation and

11:25  20  to commit wire fraud in violation of Title 18 United States

21  Code Section 371, how do you plead, guilty or not guilty?

22  MR. URBAN:  Guilty.

23  THE CLERK:  As to Count 2 of the indictment charging

24  the defendant with wire fraud in violation of Title 18 United

11:26  25  States Code Section 1343, how do you plead, guilty or not

1    guilty?

2         MR. URBAN:  Guilty.

3         THE CLERK:  Thank you.  You may be seated.

4         THE COURT:  Thank you.

11:26  5    The Court finds that the defendant is fully competent

6    and capable of entering an informed plea, and that the

7    defendant is aware of the nature of the charges and the

8    consequences of the plea, and that the plea of guilty is a

9    knowing and voluntary plea supported by an independent basis in

11:26 10   fact containing each of the essential elements of the offense.

11   The plea is therefore accepted and the defendant is now judged

12   guilty of the offenses.

13        I have deferred acceptance of the plea agreement until

14   after receipt of the PSR, and that will be discussed at the

11:26 15   sentencing hearing.

16        I believe that we have a date or a time frame for

17   sentencing, so we'll set that, but the defendant is to

18   cooperate with Probation in the preparation and investigation

19   of that report.

11:27 20        Mr. Lara?

21        THE CLERK:  Yes, Your Honor.  Wednesday, April 2nd,

22   2025, at 11:00 a.m.

23        THE COURT:  Is there anything further for the

24   government?

11:27 25        MR. HOLCOMB:  No.  Thank you, Your Honor.

1           THE COURT:  Counsel?

2           MR. URBAN:  No, Your Honor.  Thank you.

3           THE COURT:  All right.  See you then.  Thank you.

4           THE CLERK:  We're adjourned.  All rise.

11:27  5           (Adjourned at 11:27 a.m.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    CERTIFICATE OF OFFICIAL REPORTER

2

3              I, Linda Walsh, Registered Professional Reporter

4    and Certified Realtime Reporter, in and for the United States

5    District Court for the District of Massachusetts, do hereby

6    certify that the foregoing transcript is a true and correct

7    transcript of the stenographically reported proceedings held in

8    the above-entitled matter, to the best of my skill and ability.

9              Dated this 17th day of February, 2025.

10

11

12              /s/ Linda Walsh

13              Linda Walsh, RPR, CRR

14              Official Court Reporter

15

16

17

18

19

20

21

22

23

24

25